Priority ___
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
JAN - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY ALLEN JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>PHYLLIS FESS-BAKER, et al.,<br><br>    Defendants. | Case No. CV 05-8004-TJH (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' summary judgment motion be granted and the case be dismissed with prejudice.

DATED: _12/28/07_.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\JACKSON, L 8004\Judgment.wpd